**No. 10-911. Verizon's Bell Atlantic Cash Balance Plan, et al., Petitioners v. Cynthia Young, Individually and on Behalf of All Others Similarly Situated.**

563 U.S. 1007, 131 S. Ct. 2924, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3942.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 808.

**No. 10-1009. Donnie E. Johnson, Petitioner v. Ricky Bell, Warden.**

563 U.S. 1008, 131 S. Ct. 2902, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3900.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 605 F.3d 333.

**No. 10-1041. Louise Parth, Individually and on Behalf of All Others Similarly Situated, Petitioner v. Pomona Valley Hospital Medical Center.**

563 U.S. 1008, 131 S. Ct. 2902, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3991.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 794.

**No. 10-1143. Sam Montello, Petitioner v. Thomas Ackerman.**

563 U.S. 1008, 131 S. Ct. 2902, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 4002.

May 23, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Lake County denied.

**No. 10-1148. MCI Sales and Service, Inc., fka Hausman Bus Sales, Inc., et al., Petitioners v. James Hinton, Individually and as Representative of the Estate of Dolores Hinton, Deceased, et al.**

563 U.S. 1008, 131 S. Ct. 2903, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3990.

May 23, 2011. Petition for writ of certiorari to the Supreme Court of Texas denied.

Same case below, 329 S.W.3d 475.

**No. 10-1149. Terrence Johnson, et al., Petitioners v. Bill Haslam, Governor of Tennessee, et al.**

563 U.S. 1008, 131 S. Ct. 2903, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3835.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 624 F.3d 742.

**No. 10-1154. Paul O. Rohart, Petitioner v. Melsar Risk Management Services, Inc., et al.**

563 U.S. 1008, 131 S. Ct. 2903, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3872.

May 23, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District denied.

Same case below, 48 So. 3d 854.